

No Brief for appellee.

282 So.2d 344

**James M. TRINKLER, alias**

v.

**STATE.**

**3 Div. 124.**

Court of Criminal Appeals of Alabama.

June 29, 1973.

Rehearing Denied July 26, 1973.

William J. Baxley, Atty. Gen., and George M. Van Tassel, Jr., Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

False pretense: sentence five years in the penitentiary.

This is a companion case to that of Burnette v. State, 50 Ala.App. 630, 282 So.2d 70 this day decided. The State's evidence was of substantially the same tenor in both cases.

We have, under Code 1940, T. 15, § 389, carefully searched the record for error. Finding none to the prejudice of any substantial right of the defendant, we consider that the judgment below is due to be

Affirmed.

All the Judges concur.

282 So.2d 74

**Paul RICHARDS alias James K. Dodson**

v.

**STATE.**

**7 Div. 208.**

Court of Criminal Appeals of Alabama.

Aug. 14, 1973.

Love & Love, Talladega, for appellant.